```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,     )
                              )
          Plaintiff,          )
                              )         4:05CR3061
     v.                       )
                              )
OTTO KEMP-WARD,               )
                              )           ORDER
          Defendant.          )
                              )
```

IT IS ORDERED:

The court's order setting this matter for trial (filing 14) is withdrawn.

DATED this 13th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge