```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,         )
                                )              4:05CR3061
         v.                     )
                                )
OTTO KEMP-WARD,                 )
                                )                 ORDER
              Defendant.         )
                                )
```

IT IS ORDERED:

A hearing on defendant's competency to stand trial is set for September 30, 2005 at 1:30 p.m.

DATED this 26th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge