```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>           Plaintiff, )<br>)<br>   v.                 )<br>)<br>OTTO KEMP-WARD, )<br>)<br>           Defendant. )<br>) | 4:05CR3061<br><br>ORDER |

On the court's own motion,

IT IS ORDERED:

The hearing on defendant's competency to stand trial, which was previously set for September 30, is rescheduled to September 29, 2005 at 3:00 p.m.

DATED September 16, 2005.

                                         BY THE COURT:

                                         s/ *David L. Piester*
                                         David L. Piester
                                         United States Magistrate Judge