```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3061 |
| v. | ) | |
| | ) | |
| OTTO KEMP-WARD, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

A hearing was held before me on September 29, 2005 to determine defendant's competency to stand trial.

IT IS ORDERED:

1. The defendant is found competent to stand trial.

2. Trial of this matter is set to commence at 9:00 a.m., November 14, 2005, for a duration of four days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

DATED this 30th day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge