IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3061 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| OTTO KEMP-WARD, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the government, and with the agreement of the defendant,

IT IS ORDERED that the hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 43) has been rescheduled before the undersigned United States district judge to Friday, December 15, 2006, at 1:00 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant will participate in the hearing by telephone.

December 1, 2006.                BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge